**DECOTIIS, FITZPATRICK, COLE & WISLER, LLP**
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666

*Attorneys for Defendant Charles W. Cart*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES | CRIMINAL NO. 05-129(DMC) |
| vs. | **ORDER** |
| CHARLES W. CART, CHARLES H. WEINER, MARVIN RAPHAEL | |

**THIS MATTER** having been opened to the Court on the application of Defendant Charles Cart (by his counsel, Jeffrey D. Smith, Esq., DeCotiis, FitzPatrick, Cole & Wisler, LLP), with the consent of Assistant U.S. Attorney Judith H. Germano, and for good cause,

**IT IS** on this ___5___ day of ~~April~~ *MAY* 2008,

**ORDERED** that Defendant Cart shall be permitted to travel and stay overnight in New York City on May 22 and 23, 2008. Mr. Cart shall provide notice and a travel itinerary to United States Probation Officer Brian Hassett.

_____
Dennis M. Cavanaugh, U.S.D.C.J.

873610-1