**DECOTIIS, FITZPATRICK, COLE & WISLER, LLP**
Glenpointe Centre West
500 Frank W. Burr Boulevard
Teaneck, New Jersey 07666

*Attorneys for Defendant Charles W. Cart*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>vs.<br><br>CHARLES  W.  CART,  CHARLES  H. WEINER, MARVIN RAPHAEL | CRIMINAL NO.  05-129(DMC)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court on the application of Defendant Charles Cart (by his counsel, Jeffrey D. Smith, Esq., DeCotiis, FitzPatrick, Cole & Wisler, LLP), with the consent of Assistant U.S. Attorney Judith H. Germano, and for good cause,

**IT IS** on this /4 day of August, 2008,

**ORDERED** that during his period of Supervised Release Defendant Cart shall be permitted to travel for business within the continental United States of America with prior notice to United States Probation.  Such notice shall include a travel itinerary.

Dennis M. Cavanaugh, U.S.D.C.J.

899542_1