PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

*Amended* **Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles William Cart

Cr.: 05-129-001
PACTS Number: 42145

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 03/03/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 6 months custody; three years supervised release.

---

## PETITIONING THE COURT

[ ]    To extend the term of supervision for          Years, for a total term of          Years.

[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall contribute 75 hours of community service work during the period of supervision. Such service shall be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

[X]    To remove the Court Order as follows:

That the court remove the Court Order entered on August 14, 2008 granting the defendant permission to travel within the United States.

## CAUSE

Charles William Cart is in violation of the conditions of supervised release in that he associated with convicted felon, Robert E. McDonald without authorization to do so. As a sanction for his non-compliance, Cart has agreed to modify his conditions to include the performance of 75 hours of community service.

The U.S. Probation Office requests that the Court Order allowing business related travel be removed. At the time the Court Order was issued, the offender did not reveal that he was working for federal convicted felon, Edward E. McDonald.

Respectfully submitted,

By: Norma de Jesus
Senior U.S. Probation Officer
Date: 4/16/09

PROB 12B - Page 2
Charles William Cart

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[ ✓ ] Other- Remove Court Order dated 08/14/09 allowing permission to travel within the United States.

_____
Signature of Judicial Officer

21   May   2009
_____
Date