PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Charles William Cart

Cr.: 05-00129-001
PACTS #: 84608

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 03/07/07

Original Offense: Conspiracy to Defraud the United States

Original Sentence: 6  months custody: 36 months supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/04/07

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     The offender failed to satisfy his financial obligation.  Attached is a letter to
                      the Court requesting that supervision expire with a restitution balance of
                      $78,977.92.

U.S. Probation Officer Action:

The probation officer requests that the case expire as scheduled on December 3, 2010, with an outstanding
restitution and fine balance.  The Financial Litigation Unit from the U.S. Attorney's Office will continue to
enforce the collection of the financial obligation.

Respectfully submitted,

By:  Norma de Armas
     Senior U.S. Probation Officer
Date:  09/22/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ✓ ] Submit a Request for Warrant or Summons
[✓] Other- **Allow supervision to expire with restitution balance**.

_____
                Signature of Judicial Officer

Date _____